**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MATTHEW FORREY HOLGERSON

    Plaintiff,

  vs.　　　　　　　　　　　　　　　No. CIV S-06-0144 GEB CMK P

MIKE KNOWLES, et al.,

    Defendants.　　　　　<u>ORDER TO SHOW CAUSE</u>

_____/

    Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. §1983. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

    On January 30, 2006, the court filed an order directing plaintiff to submit, within thirty days, an affidavit in support of his petition to proceed in forma pauperis or the appropriate filing fee. To date, plaintiff has not complied.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and court orders.

DATED: April 20, 2006.

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE