IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FORREY HOLGERSON,

        Plaintiff,

  vs.                                No. CIV S-06-0144 GEB CMK P

MIKE KNOWLES, Warden, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, filed this action on January 23, 2006. Plaintiff did not submit a request to proceed in forma pauperis or the $250 filing fee. On January 30, 2006, the court ordered plaintiff to submit, within thirty days, an affidavit in support of his request to proceed in forma pauperis or the filing fee. Plaintiff was warned that failure to comply with the court's order would result in a recommendation that this action be dismissed. To date, plaintiff has not complied.

        On April 25, 2006, the court ordered plaintiff to show cause, within twenty days, why he had failed to comply with the court's January 30, 2006 order. On May 1, 2006, the court received notice from plaintiff that he had been moved to Tehachapi State Prison. The court realizes that plaintiff's relocation may have interfered with his receipt of the April 25, 2006 order to show cause. Accordingly, the court issues a second order to show cause.

1  IT IS ORDERED that, within twenty days of the date that this order is served,
2  plaintiff shall show cause in writing why this action should not be dismissed for lack of
3  prosecution and failure to comply with rules and court orders.  Failure to respond to this order to
4  show cause will result in a recommendation that this action be dismissed without prejudice.
5
6  DATED:  May 25, 2006.
7
8                                                            **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26