IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FORREY HOLGERSON,

        Plaintiff,                    No. CIV S 06-0144 GEB CMK P

    vs.

MIKE KNOWLES, et al.,

        Defendants.

                            /              <u>ORDER</u>

        On July 7, 2006, this court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. Plaintiff did not file an amended complaint within thirty days; however, on September 20, 2006, plaintiff filed a request for leave to file an amended complaint. The court construes this as a request for an extension of time. The court notes that this is not the first time that plaintiff has failed to comply with time deadlines imposed by the court. (Doc. 8.)

///

///

///

///

///

1  Good cause appearing, IT IS ORDERED that plaintiff is granted thirty days from
2 the date this order is filed to file an amended complaint.  Failure to either file an amended
3 complaint or to request an extension before end of the thirty day period may result in a
4 recommendation that this case be dismissed.
5
6 DATED:  September 25, 2006.
7
8                                             /s/ Craig M. Kellison
   **CRAIG M. KELLISON**
9  UNITED STATES MAGISTRATE JUDGE

2